AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Daniel Morgan<br>*Plaintiff*<br>v.<br>Bank of America NA<br>*Defendant* | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>Aug 25, 2020<br>SEAN F. McAVOY, CLERK<br><br>Civil Action No. 2:20-cv-00157-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Fee Request Pursuant to Court's Order (ECF No. 15), ECF No. 16, is GRANTED. Plaintiff is awarded fees and costs in the amount of $10,710.00 to Kirk Miller, P.S., and $780.00 to Cameron Sutherland, PLLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian  on a motion for Attorney's Fees (ECF No. 16).

Date: 8/25/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams